**Electronically Filed
Supreme Court
SCWC-15-0000738
06-AUG-2019
11:59 AM**

SCWC-15-0000738

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

HERNET BUNGITAK,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000738; CR. NO. 13-1-1400)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Hernet Bungitak's
Application for Writ of Certiorari, filed on July 12, 2019, is
hereby rejected.

DATED: Honolulu, Hawai'i, August 6, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

